CHARLES M. KRICH, *Respondent, v.* THE LONG ISLAND RAILROAD COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs, upon opinion in preceding case, as stipulated.

DAVID CROMWELL, *Treasurer, etc., Respondent, v.* JOHN HENRY HULL and others, *Appellants.* — Appeals from three orders. Orders affirmed, with costs and disbursements. Opinion by DYKMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* GEORGE T. BURLING, *Appellant, v.* HARRISON HUNT and others, *Commissioners, etc., Respondents.* — Writ of *certiorari* dismissed at Special Term since argument. No decision.

IRA B. TUTHILL, *Appellant, v.* JAMES WILSON and others, *Respondents.* — Order affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

ANDREW KOCH, *Guardian, etc., Respondent, v.* OTTO MEYER, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

MILES PERRY, *Respondent, v.* CORNELIUS B. TOMPKINS, *Appellant.* — Order affirmed, with costs and disbursements. Opinion by DYKMAN, J.

OSCAR WARING, *Respondent, v.* FRANCES A. WARING, *Appellant.* — Judgment modified by striking out the part awarding costs against defendant, and as modified affirmed, without costs of appeal to either party. Opinion by PRATT, J.; DYKMAN, J., not sitting.

ALLISON M. ARCHER, *Appellant, v.* SMITH WILLIAMS, *Respondent.* — Judgment of County Court affirmed, with costs. Opinion by BARNARD, P. J.

ORVILLE DINGEE, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by PRATT, J.; BARNARD, P. J., not sitting.

DENTON FOWLER, *Respondent, v.* THOMAS MAGEE, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

CHARLES A. MERRITT, *Respondent, v.* JOHN P. KINNEY and others, *Appellants.* — Judgment and order striking out demurrer to complaint as frivolous affirmed, with costs. Opinion by DYKMAN, J.

DANIEL RITCHIE *v.* ROBERT WEIR.—Motion for re-argument denied, with ten dollars costs. Opinion by BARNARD, P. J.

RICHARD W. PECK, *Appellant, v.* BENJAMIN T. BABBITT, *Respondent.*— Order striking out portion of complaint reversed, with costs and disbursements, and motion denied, with ten dollars costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.